# AFFIDAVIT OF NOTARY'S PRESENTMENT CERTIFICATION OF MAILING FOR

**NOTICE OF CONSTITUTIONAL CHALLENGE TO ALL NORTH CAROLINA STATE STATUTES WHERE** No general law affecting private right, shall be varied in any particular case, by special legislation, except with the free consent, in writing of all persons to be affected thereby; **AND MOTION TO INTERVENE WITH AN INJUNCTION FOR NAME(s) BROWN, BRANDY CHENELL ©® Estate dba ™ BRANDY BROWN ©®**

| | | |
|---|---|---|
| State of North Carolina | § | IN THE GENERAL COURT OF JUSTICE COUNTY OF GASTON |
| | § | DISTRICT COURT DIVISION NORTH CAROLINA |
| | § | CIVIL CASE FILE NUMBER(s): 18-CVD-643; |
| | § | |
| | § | |
| | § | NOTICE OF MOTION AND MOTION TO INTERVENE |
| County of Mecklenburg | § | WITH AN INJUNCTION |

1. **NOTICE OF THE CONSTITUTIONAL CHALLENGE TO ALL NORTH CAROLINA STATE STATUTES WHERE** No general law effecting private rights, shall be varied in any particular case, by special legislation, except with the free consent, in writing of all persons to be affected thereby; **AND MOTION TO INTERVENE WITH AN INJUNCTION FOR NAME BROWN, BRANDY CHENELL ©® Estate dba ™ BRANDY BROWN ©®**

It is hereby acknowledged that on the date noted below that the undersigned Notary Public did witness the sealing of envelope(s) addressed to

Alan Cloninger and the Office of the Gaston County Sheriff's Office,
North Carolina state
Gaston County Sheriff's Office
425 Dr. Martin Luther King Jr. Way
Gastonia, NC 28052
CERTIFIED MAIL RECIEPT NO:

Josh Stein and the Office of Attorney General
for North Carolina state
9001 Mail Service Center,
Raleigh, NC 27699-9001
CERTIFIED MAIL TRACKING RECIEPT NO.

Mark D. Martin and the office of the Chief Justice for the Supreme
Court of North Carolina, state Supreme Court of North Carolina
2 East Morgan Street- In Chambers
Raleigh, North Carolina 27601
CERTIFIED MAIL TRACKING RECIEPT NO.

Lawrence Brown and the Office of Clerk
IN THE GENERAL COURT OF JUSTICE
COUNTY OF GASTON DISTRICT COURT
DIVISION NORTH CAROLINA
325 Dr. Martin Luther King Jr. Way, Suite 1004
Gastonia, NC 28052
REGISTERED MAIL RECIEPT NO:

Amanda M. Cubit
North Carolina Bar. No. 44327
SODOMA LAW UNION
105 South Main Street
Monroe, North Carolina 28112
CERTIFIED MAIL TRACKING RECIEPT NO:

Jeff Sessions and the Office of Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
CERTIFIED MAIL TRACKING RECIEPT NO:

*[Seal: CRYSTAL D. GILLIARD, REGISTER OF DEEDS, UNION COUNTY, NC]*

All Mail and or Return Correspondences are to be addressed and returned to the Notary. If return communication through the below-mentioned name and address is not satisfied than any all communications is a failure to respond to said presentments and thereby tacit acquiescence. Default will ensue. Notice to agent is notice to principle; notice to principle is notice to agent.

Return mail to the following:

Brandy Chenell Brown El™©
C/o Deidra Rutledge, Notary Public
7836 Ivy Hollow Drive
Charlotte, North Carolina [28227]

Be it known that I, Deidra M Rutledge, a duly acknowledging Notary Public, in and for the State of North Carolina, County of Mecklenburg, a third party to the matter, for the sole purpose of certifying a response or want thereof, at the request of Brandy Chenell Brown El did present on this 18 day of September 2018 Sundry papers which include the following listed above.

Notary Public: Deidra M Rutledge        My Commission Expires: April 20, 2022

*[Seal: DEIDRA M. RUTLEDGE, NOTARY PUBLIC, MECKLENBURG COUNTY, NC]*

**AFFIDAVIT OF NOTARY'S PRESENTMENT CERTIFICATION**

# AFFIDAVIT
# OF IMMUNITY

### Verified Statement of Brandy-Chenell: Brown-El
(2) Pages

Pursuant to NCGS § 1-85. Affidavits on hearing for removal; when removal ordered. No action, civil or criminal, shall be removed, unless the affidavit sets forth particularly and in detail the ground of the application.

Re: Any and all Court presentments, wherein the State & Federal United States District, Superior and Federal Courts. Notice: To States, Municipalities, Law Enforcement and Court Officers – Notice to the Principal is Notice to the Agent – Notice to the Agent is Notice to the Principal.

Now Comes; Brandy-Chenell: Brown-El living soul, executor of her own Estate haven taken first lien right ownership over all her and her children's chattel paper property, names and numbers. Cannot be now or in the future be considered a minor. Derivatives thereof, contracts created knowingly and unknowingly from the time of creation are owned by Brandy-Chenell: Brown-El. Further standing Brandy-Chenell: Brown-El is a member of the Yamassee Tribe/ Moor National with sovereign immunity. The Jurisdiction for her matters does not lay within any admiralty maritime court system, operating (on water). Brandy-Chenell: Brown-El is not a party to any contracts by the State of North Carolina or any other State that would bind or waive her sovereign immunity at law.

All adhesive contracts regarding traffic matters or private commercial (civil) matters have been satisfied and appeared to by special visitation, driving records, civil contempt of courts must be abated and made clear of all 'failures to appear'. This is one of the devices that the State is using to falsely impede Brandy-Chenell: Brown-El's movement in commerce on the land in which she has aboriginal title to and is considered part and parcel thereof. The State of North Carolina's efforts to defame the character of the Moor's has already cost the Corporate defacto of State of NC, (101,006,000.00) One Hundred One Million Six Thousand Dollars, as indicated on the State's ledger report for settlements since 2011.

This essentially means that Congress has the final word as to the scope of tribal sovereignty and the powers that Tribes are able to exercise. 21 One exception to this general rule is the doctrine of tribal sovereign immunity. Tribal sovereign immunity is part of federal common. law; it was not created by any statute or act of Congress.22 Rather, the Supreme Court first identified it, and its exact boundaries have been further defined through a substantial body of federal case law.23 A THE DOCTRINE OF TRIBAL SOVEREIGN IMMUNITY The Supreme Court first acknowledged tribal sovereign immunity in Turner v. United States, 24 in which a non-Indian lessee was barred from suing an Indian tribe for alleged damage done to his property. 25 The Court stated that it is the "general law" that '[l]ike other governments, municipal as well as state, [tribes are] free from liability for injuries to persons or property . . . .'26 In United States v. United States Fidelity & Guaranty Co., 27 the Supreme Court reiterated that Indian tribes are immune from suit when it voided a monetary judgment from a previous proceeding against the Choctaw and Chickasaw Nations 28 It stated that tribes do not waive their sovereign immunity when they fail to object to cross-claims in litigation 29 In Puyallup Tribe, Inc. v. Department of Game of State of Washington, 30 the Court held that a state could not sue a tribe to enforce its fishing regulations in Indian country "[a]bsent an effective waiver or consent" from either the Tribe or the United States.31 However, the Court refused to extend this immunity to individual officials or representatives of the Tribe.32 In Santa Clara Pueblo v. Martinez, 33 the Court expanded Puyallup's holding by stating that any waiver of tribal immunity "'must be unequivocally expressed.'"34 In Oklahoma Tax Commission v. Citizen Band Potawatomi Indian Tribe, 35 the Court rejected a contention that was nearly identical to the one it had addressed in United States Fidelity over a half-century prior,



further solidifying the status of tribal immunity as black letter law.36 In Kiowa Tribe of Oklahoma v. Manufacturing Technologies, Inc., 37 the Supreme Court, for the first time, declared that Native American tribes were immune from suit for activities engaged in outside of Indian country. Specifically, the Court declared: "Tribes enjoy immunity from suits on contracts, whether those contracts involve governmental or commercial activities and whether they were made on or off a reservation."38 The Court did express some hesitation in reaching this decision, stating that "[t]here are reasons to doubt the wisdom of perpetuating the doctrine [of tribal immunity]."39 "[T]ribal immunity extends beyond what is needed to safeguard tribal self-governance," the Court stated, and this "consideration[] might suggest a need to abrogate tribal immunity . . . ."40 However, because Congress had not specifically abrogated tribal immunity in the context of the case, the Court "decline[d] to revisit [its] case law and [chose] to defer to Congress."41

Brandy-Chenell: Brown-El's status is pursuant to International Treaty. Immunity from prosecution is a doctrine of International law. Sovereign immunity, or crown immunity, is a legal doctrine by which the sovereign or state cannot commit a legal wrong and is immune from civil suit or criminal prosecution. In constitutional monarchies the sovereign is the historical origin of the authority which creates the courts. Thus the courts had no power to compel the sovereign to be bound by the courts, as they were created by the sovereign for the protection of his or her subjects.

**The matters of Brandy-Chenell: Brown-El must be turned over to her own government not to the State Corporation, U.S. Corporations and/ or court rooms. Pursuant to NCGS Chapter 52 § 15A-954, (9) the defendant has been granted immunity by law from prosecution. Failure to rebut this declaration within 72 hours shall constitute adhesion and notice of intent to alien all violators.**

Affirmed by verified statement.

Further Affiant Sayeth Not-

*Brandy Chenell Brown El*
Secured Party Affiant
: Brandy-Chenell: Brown-El
*Divine Minister, TTEE,*

Disclaimer: use of a notary is not an entrance or acquiescence into a foreign jurisdiction, only for verification of identity.
Subscribed and sworn to before me, this ___1st___ day of _September_, 20_18_.

(Notary Seal:)

*Deidra M. Rutledge*
(signature of Notary)

Deidra M. Rutledge
(typed name of Notary)

NOTARY PUBLIC

My commission expires: _April 20_, 20_22_

© COPY

For Presentation to the United States Treasury,
Fiscal Agent of the United States, for redemption,
Or in exchange for securities of a new issue, in
accordance with written instructions submitted
By: _____

Special Depos[it]

# NORTH CAROLINA UNIFORM CITATION - DEFENDANT'S COPY

STATE OF NORTH CAROLINA
GASTON County District Court    Citation No. 9J97828

TO THE DEFENDANT NAMED BELOW: You have been charged with the misdemeanor(s) or infraction(s) specified below. Read this citation carefully.

## YOUR COURT DATE AND LOCATION

| Court Day of Week | Date | Appear in Court | Court Location | Courtroom | Interpreter |
|---|---|---|---|---|---|
| TUESDAY | 03/12/2024 | AT 08:30 AM | GASTONIA | 002A | |

### THE STATE OF NORTH CAROLINA VS.

| Name of Defendant | Address | City | State | Zi[p] |
|---|---|---|---|---|
| BROWN, BRANDY CHENELL | 153 TOM SAWYER LN | MOUNT HOLLY | NC | 28 |

| Drivers License No. | State | Source | CDL | Class | Race | Sex | Date of Birth | Age | Social Security No. |
|---|---|---|---|---|---|---|---|---|---|
| 28523141 | NC | DL | NO | C | BLACK | FEMALE | 07/07/1974 | 49 | XXX-XX-1776 |

### WHAT YOU ARE CHARGED WITH

See Side Two for the charge(s) against you in this Citation.

### YOUR VEHICLE

| Vehicle License No. | State | Trailer Type | CMV | Vehicle Type | Make | Year | Haz. Ma[t] |
|---|---|---|---|---|---|---|---|
| TLZ1235 | NC | | NO | STATION WAGON (TRUCK) | LAND ROVER | 2008 | NO |

### OTHER INFORMATION

| Area | Weather | Visibility | Traffic | Accident | Speed |
|---|---|---|---|---|---|
| RESIDENTIAL | RAIN | CLEAR | LIGHT | NO | A 35 |

| Injury or Serious Injury / Passenger(s) Under 18 | SHP Code | On Highway No./Street |
|---|---|---|
| | | OT TUCKASEEGE RD |

| In Vicinity/City Of | At/Near Intersection |
|---|---|
| MOUNT HOLLY | NC 273 |

### CHARGING OFFICER INFORMATION

| Date | Signature Of Officer | No. | Law Enforcement Agency | Troop/Squad | District/Zone |
|---|---|---|---|---|---|
| | OFFICER S. DODD | 0582 | GASTON COUNTY POLICE | | |

### IMPORTANT NOTICE

You must appear in District Court on the court date, time and location shown above. If this is a speeding offense, you may be able to dispose of it online without appearing in court at OnlineServices.NCCourts.org, but if you do not dispose of the offense online prior to your court date, you must appear in court.

1. If you fail to appear and you did not post a cash bond, criminal process may be issued against you and you may be arrested for your failure to appear, your drivers license may be revoked, and certain fees may be assessed along with all other costs.

2. If you fail to appear and you did post a cash bond, criminal process may be issued against you and you may be arrested for your failure to appear, certain fees may be assessed along with all other costs, the cash bond will be forfeited and your failure to appear will be treated as a conviction resulting in points against your driving and insurance records or possible license revocation, and the forfeiture of your cash bond will not dispose of the charge(s) against you in court.

3. If you have any questions regarding your legal rights and obligations, consult a legal attorney.

Accepted For honor

AOC-CR-500 (eCitation), Rev. 2/21
Administrative Office of the Courts

I certify that this document is a true copy of the original
Signed: _____
Date: 2-5-24

STAMP DUTY PAID IN FULL

UNLAWFUL SOLICITING BILLS
AND VIOLATION OF
39 U.S. Code § 3001
REFUSED

MOUNT HOLLY NC

For Presentation to the United States Treasury, cal Agent of the United States, for redemption Or in exchange for securities of...

NORTH CAROLINA UNIFORM CITATION - DEFENDANT'S COPY

STATE OF NORTH CAROLINA __GASTON__ County District Court   Citation No. __9J97828__

## WHAT YOU ARE CHARGED WITH

Count 1. The officer named on Side One has probable cause to believe that on or about __THURSDAY__, the __25__ day of __JANUARY__ __2024__ at __11:48 AM__ in the county named above you did unlawfully and willfully  (G.S. 14-223) RESIST, DELAY, AND OBSTRUCT OFFICER DODD, A PUBLIC OFFICER HOLDING THE OFFICE OF GASTON COUNTY POLICE DEPARTMENT, BY FAILING TO PRODUCE IDENTIFICATION AND FAILING TO EXIT VEHICLE DURING TRAFFIC STOP. AT THE TIME, THE OFFICER WAS DISCHARGING AND ATTEMPTING TO DISCHARGE AN OFFICIAL DUTY BY COMPLETING ENFORCMENT ACTION FOLLOWING TRAFFIC STOP

Count 2. and on or about __THURSDAY__, the __25__ day of __JANUARY__, __2024__ at __11:48 AM__ in the county named above you did unlawfully and willfully  (G.S. 20-7(A)) OPERATE A MOTOR VEHICLE ON A STREET OR HIGHWAY WITHOUT BEING LICENSED AS A DRIVER BY THE DIVISION OF MOTOR VEHICLES OF NORTH CAROLINA

Count 3. and on or about __THURSDAY__, the __25__ day of __JANUARY__, __2024__ at __11:48 AM__ in the county named above you did unlawfully and willfully  (G.S. 20-129(A)(4)) OPERATE A MOTOR VEHICLE ON A STREET OR HIGHWAY WITHOUT HAVING LIGHTED HEADLAMPS WHEN WINDSHIELD WIPERS WERE IN USE AS A RESULT OF RAIN

Accepted For Honor
OR
UNLAWFUL SOLICITING BILLS
AND VIOLATION OF
39 U.S. Code § 3001
REFUSED

STAMP DUTY PAID IN FULL

I certify that this document is a true copy of the original
Signed: _____
Date: 2-5-24

MOUNT HOLLY NC

# Public Servant Questionnaire

This questionnaire must be filled-out by any public servant before s/he can ask any question of Brandy Chenell Bro[...] Trustee/Secured Party/Bailor. This Questionnaire is not specific to you, this is the general policy and procedure of the aforementioned private man with all public Servants in any type of public relations. This Questionnaire is provided authorized under Federal law, including the Privacy Act, 5 U.S.C. 552a, 88 Stat. 1896, et seq., 1974, as well as applicable state laws. This is not a failure to cooperate but rather provision to establish the capacity in which we are contracting as well as open and fair dealing under the Good Faith Oxford, Clean Hands, and Fair Dealings Doctrines. A blank copy of this documentation is also on record with the Secretary of State as a matter of public record under Necessity as a matter of established policy and procedure.

1. Public servant's full legal name: _____
2. Public servant's residence address: _____
3. Name of agency: _____
4. ID number: _____
5. Badge Number: _____
6. Bonding agency and number: _____

(Internal Use Only) Did public servant provide proof of identity? ☐ Yes ☐ No

7. Full legal name of supervisor and office address: _____
8. Will you as a public servant uphold the constitution of the United States? ☐ Yes ☐ No
9. Will you as a public servant furnish a copy of the law or regulation that authorizes the action being taken or information requested in this case? ☐ Yes ☐ No
10. Will you as a public servant provide in writing, that portion of the law authorizing the questions asked? ☐ Yes ☐ No
11. Are answers to your questions voluntary or mandatory? ☐ Voluntary ☐ Mandatory
12. What will be the effect upon me if I should not choose to answer any or all of these questions? _____
13. Are the questions being asked based upon a specific law or regulation, or are they a discovery process? ☐ Law/Regulation ☐ Discovery Process
14. If based on a specific law or regulation, please state: _____
15. What other uses may be made of this information? _____
16. What other agencies may have access to this information? _____
17. Name of person in government requesting this information: _____
18. Is this investigation general or special? ☐ General ☐ Special

*Note: by 'general,' it means any kind of blanket investigations in which a number of persons are involved because of geography, type of business income, etc. By 'special,' it means any investigation of an individual nature in which others are not involved.*

19. Have you consulted, questioned, interviewed, or received information from any third party relating to this matter? ☐ Yes ☐ No
20. If yes, give identity of all such third parties: 1) _____
    (Use back of sheet if more area is needed.) 2) _____
21. Do you reasonably anticipate either a civil or criminal action to be initiated or pursued based upon any of the information, which you seek? ☐ Yes ☐ No
22. Is there a file of records, information, or correspondence relating to me being maintained by this agency? ☐ Yes ☐ No
23. Is this agency using information on me, which was supplied by another agency or government source? ☐ Yes ☐ No
24. Will the public servant guarantee that no department [other than the one by which he is employed] will use the information in these files? ☐ Yes ☐ No

I hereby sign and affirm under the penalty of perjury that the answers supplied herein are true and correct in every particular.

_____
Signature of Public Servant

Would you like a copy of this completed Questionnaire to be provided to the address you listed above? ☐ Yes ☐ No

**Notice:** If any person or agency receives any request for information relating to the aforesaid, the aforesaid must be advised in writing before releasing such information. Failure to do so may subject you to possible civil or criminal action as provided by this act and/or other applicable law(s).

Public Servants Questionnaire

A TRUE COPY
CLERK OF SUPERIOR COURT
GASTON COUNTY

Form No.: 07071974-BCA-PSQLND



**UNITED STATES OF AMERICA
DEPARTMENT OF TRAVEL**
2000 Pennsylvania Avenue NW Suite 194
Washington, D.C. 20006
Telephone: (202) 600-9095
Facsimile: (202) 370-7177

---

GOVERNOR PAT McCRORY
20301 Mail Service Center
Raleigh, NC 27699-0301
(919) 733-4240

November 23, 2015

**RE:** VIOLATION OF U.S. SUPREME COURT RULINGS REGARDING THE RIGHT TO TRAVEL

**SUBJECT:** EDUCATION OF LAW ENFORCEMENTS AND NORTH CAROLINA JUDICIARY

Dear Governor McCrory,

We are sending this correspondence to make you aware of the unconstitutional acts committed by your law enforcement agencies and state courts against the people of North Carolina. These acts may or may not have been committed knowingly or unintentionally but we are writing to your office to ensure that these violations are brought to your attention so that they can be addressed and corrected.

As you may or may not know, there are people in your state whose status is ostensibly different than the average US Citizen and are considered Foreign Nationals or American Nationals with certain safeguards and protection under the law. Our primary concern is that their travel rights in your state are not infringed.

In order to educate your law enforcement regarding Foreign Nationals or American Nationals in your state, you can call the Department of State here in Washington, D.C. to get clarity or you can go to the Department of State's website at http://travel.state.gov/content/dam/travel/CNAtrainingresources/CNAManual_Feb2014.pdf or our website at https://www.usadot-gov.org/CNAManual_Feb2014.pdf and download the manual. The Department of State also offers training for your law enforcement officers free of charge to raise awareness and compliance. Log on to: http://travel.state.gov/content/travel/en/consularnotification/training-outreach.html.

We have enclosed one of our affidavit forms for the exemption of registration and licensing for Foreign Nationals that Foreign Nationals have to file in your state to lawfully claim the exemption. This affidavit also can be used by U.S. Citizens who are not driving or operating a motor vehicle for profit or for hire.

Please forward this information to all of your law enforcement agencies in your state to prevent any unnecessary lawsuits from being filed against these agencies for not following the law and violating the rights of the people to freely travel without interference unless they are a threat to the public safety.

If you have any questions regarding this matter please feel free to respond in writing by mail or fax any questions or concerns you may have and we will be happy to answer and address them.

Thank you in advance for your cooperation and consideration in this matter.

Best regards,

Norv Eisenberg
Foreign National Division

Cc: Dept. of Justice Attorney General Loretta Lynch
    Dept. of State Secretary John Kerry




**UNITED STATES OF AMERICA**
**DEPARTMENT OF TRAVEL**
2000 PENNSYLVANIA AVENUE NW SUITE 194
WASHINGTON, DISTRICT OF COLUMBIA [20006]

23CR706203
23CR320390
& ALL Accounts

# FEE SCHEDULE AFFIDAVIT AND OFFICIAL NOTICE TO LAW ENFORCEMENT AND PUBLIC OFFICIALS REGARDING UCC FILINGS AND INSURANCE BOND CLAIMS

*"NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT"*

Please be advised that if any member of this organization is unlawfully kidnapped and/or forced into contract without committing a crime involving a victim, damages, and legitimate witnesses to the alleged crimes, commercial invoices and financing statements will immediately be filed with the Uniform Commercial Code against all of the public official-debtors involved, the agency-debtors they represent, and the superior officers responsible for the conduct of its subordinates. Any violations caused by forced contracts entered under color of law to conspire against the individual non-citizen national or its related trust or estate, will be invoiced as, but not limited to the following:

($200,000 per occurrence - $300,000 per tort-feasor)

1. DEPRIVATION OF RIGHTS UNDER COLOR OF LAW (18 USC 242)
2. CONSPIRACY AGAINST THE RIGHTS OF CITIZENS (18 USC 241)
3. EMOTIONAL DISTRESS (32 CFR 536.77(a)(3)(vii))
4. MENTAL ANGUISH ABUSE (42 CFR 488.301)
5. PEONAGE
6. UNLAWFUL INCARCERATION
7. MALICIOUS PROSECUTION (32 CFR 750.23)
8. DEFAMATION OF CHARACTER
9. SLANDER
10. LIBEL
11. KIDNAPPING (18 U.S. Code § 1201)
12. MALFEASANCE (22 CFR 13.3)
13. SLAVERY
14. EXTORTION (25 CFR 11.417)
15. ROBBERY
16. PERJURY (18 USC 1621)
17. SUBORNATION OF PERJURY (18 USC 1622)
18. RICO (18 USC 1961-1968)
19. VIOLATIONS OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS
20. BREACH OF TRUST

The lien debtor(s) will be responsible for any IRS obligations resulting from the discharge or cancellation of any debt(s), as well as earned income resulting from accepted settlement(s).

*Norv Eisenberg* — Director

**FILED** 2024 JAN 23 P 2:01
GASTON CO., C.S.C.
BY: [signature]

**A TRUE COPY**
CLERK OF SUPERIOR COURT
GASTON COUNTY
BY: [signature]

USADOT - Fee Schedule Affidavit and Official Notice to Law Enforcement and Public Officials

Case 3:24-cv-00780-GCM    Document 1-1    Filed 08/27/24    Page 8 of 14

23CR320390

# LOCALiQ

StarNews | The Dispatch | Times-News
Sun Journal | The Daily News | The Star
The Free Press | Gaston Gazette

PO Box 631697 Cincinnati, OH 45263-1697

## PROOF OF PUBLICATION

Brandy Chenell
Brandy Chenell
Queen of Heirs Business Trust
806 W Central AVE # 1072
Mount Holly NC 28120-3446

STATE OF NORTH CAROLINA, COUNTY OF GASTON

The Gaston Gazette, a newspaper printed and published in the city of Gastonia, and of general circulation in the County of Gaston, State of North Carolina, and personal knowledge of the facts herein state and that the notice hereto annexed was Published in said newspapers in the issue dated:

02/14/2024, 02/21/2024, 02/28/2024

and that the fees charged are legal.
Sworn to and subscribed before on 02/28/2024

Legal Clerk _(signature)_

Notary, State of WI, County of Brown _(signature)_ 2·14·28

My commission expires

| | |
|---|---|
| Publication Cost: | $510.60 |
| Order No: | 9840784 |
| Customer No: | 974382 |
| PO #: | |

# of Copies: 1

## THIS IS NOT AN INVOICE!

Please do not use this form for payment remittance

KEEGAN MORAN
Notary Public
State of Wisconsin

FILED 2024 MAR -5 A 8:5_

BRANDY CHENELL ASHBY LIVING ESTATE & TRUST
d/b/a Brandy Chenell Ashby ©
d/b/a Brandy Chenell Brown ©
ALL CONTRACT ARE REVOKED RESCINDED AND REFUSED FOR FRAUD. NO CONTRACT. DO NOT Consent Inducement to fraud, FRAUD Clearfield Doctrine
SILVER CERTIFICATE
1 79969644 1
PRIVATE PROPERTY
ALL RIGHTS RESERVED WITHOUT PREJUDICE
XX-XXX2077
Fee Schedule ALL TRESS-PASS TEN MILLION Silver backed Dollars in lawful currency payable on demand
On 11 day of our lord in the year two thousand and twenty two
By Order of: BRANDY CHENELL ASHBY ©, by Ashby: Brandy-Chenell. ©
AR
Attorney in Fact
Gaston County
NC State
I, Notary Public for said County and State, do hereby certify that living woman autographed accepted this before me this day and acknowledged the due execution of the foregoing instrument.
Witness my hand and official seal, this the 14 day of Dec., 2022
/s/Amber Ehlinger
Official Signature of Notary
/s/Amber Ehlinger, Notary Public
My commission expires 11/22/2025
Notary Public is used as witness of the courts only not for entry or allowance to any laws that are not inline with the creators common laws of the land
Witness by autograph
Witness by autograph
NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND ALL ASSIGNEES
Free Will and Testament Under God as my witness
Non Domestic without U.S.
All Rights Reserved Without Prejudice
PUBLIC NOTICE
REGISTERED RF 177 725 729 US
2/14, 2/21, 2/28/24   9840784

A TRUE COPY
CLERK OF SUPERIOR COURT
GASTON COUNTY
_(signature)_

Page 1 of 1



# **AFFIDAVIT OF PUBLICATION**

Brandy Chenell
Po Box 172
Mount Holly NC 28120-0172

STATE OF NORTH CAROLINA, COUNTY OF GASTON

The Gaston Gazette, a newspaper printed and published in the city of Gastonia, and of general circulation in the County of Gaston, State of North Carolina, and personal knowledge of the facts herein state and that the notice hereto annexed was Published in said newspapers in the issue dated:

05/31/2024, 06/07/2024, 06/14/2024

and that the fees charged are legal.
Sworn to and subscribed before on 06/14/2024

ATTENTION PUBLIC COMPLAINT TRUSTEE MALFEASANCE Employer Gaston County Police Department Calling for arrest and investigation of Michael Dodd for conspiracy, color of law violations, organized crime, identity theft, fraud and swindles, false statements, perjury, false arrest, obstruction of justice, kidnapping, stalking, Estate theft, trespass, human trafficking and treason. Michael is a threat to public safety and public peace. Arrest warrant and investigation must be issued. All Trespass Fees Now Due. Surviving Gaston County from public corruption. For information or inquires email QOHBT@yahoo.com.
May 31, June 7, 14 2024
LWLM0108343

_____
Legal Clerk

_____
Notary, State of WI, County of Brown

9/19/25
_____
My commission expires

| | |
|---|---|
| Publication Cost: | $186.30 |
| Tax Amount: | $0.00 |
| Payment Cost: | $186.30 |
| Order No: | 10220244 |
| Customer No: | 1455780 |
| PO #: | LWLM0108343 |

# of Copies: 0

## THIS IS NOT AN INVOICE!
*Please do not use this form for payment remittance.*

VICKY FELTY
Notary Public
State of Wisconsin



*ATTENTION*
*ORDERS FOR DISMISSAL*

# LOCALiQ

StarNews | The Dispatch | Times-News
Sun Journal | The Daily News | The Star
The Free Press | Gaston Gazette

PO Box 631697 Cincinnati, OH 45263-1697

## AFFIDAVIT OF PUBLICATION

BRANDY CHENELL BROWN TRUST
Post office box 172
mount holly NC 28120

STATE OF NORTH CAROLINA, COUNTY OF GASTON

The Gaston Gazette, a newspaper printed and published in the city of Gastonia, and of general circulation in the County of Gaston, State of North Carolina, and personal knowledge of the facts herein state and that the notice hereto annexed was Published in said newspapers in the issue dated:

06/12/2024, 06/19/2024, 06/26/2024

and that the fees charged are legal.
Sworn to and subscribed before on 06/26/2024

Legal Clerk _[signature]_

Notary, State of WI, County of Brown _[signature]_

9/9/25
My commission expires

Publication Cost: $207.00
Tax Amount: $0.00
Payment Cost: $207.00
Order No: 10271774
Customer No: 1459323     # of Copies: 0
PO #: LWLM0114367

**THIS IS NOT AN INVOICE!**
Please do not use this form for payment remittance.

**VICKY FELTY**
**Notary Public**
**State of Wisconsin**



ATTENTION PUBLIC NOTICE
ALL OFFERS TO CONTRACT AND ALL APPEARANCE
INCLUDING 8/27/24 ARE REFUSED NUNC PRO TUNC
BROWN, BRANDY CHENELL
BRANDY CHENELL BROWN© 24CR701381
GASTON COUNTY COURT
325 DR MARTIN LUTHER KING JR WAY
GASTONIA, NC 28052
By Order Of Brandy Chenell Ashby Estate© Executor Office
Cease And Desist. Ten Million Dollars Per Trespass Notice
Of Default
NOTICE TO AGENT IS NOTICE TO PRINCIPAL
6/12 6/19 6/26/24
June 12, 19, 26 2024
LWLM0114367



United States Postal Service
REGISTERED MAIL

RA 018 067 453 US
Label 200, July 1999    (102595) 99-M-1904

Kawana Roxann Rank
D/B/A K. Roxann Rankin
Clerk of Court
Care of 325 Dr Martin luther King
W a
gastonia, NC 28052

Notice to Agent is Notice To
Princip





| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): M. Pollum<br>C. Date of Delivery: 7.18.24 |
| 1. Article Addressed to:<br>Kawana Roxann Rankin<br>D/B/A K. Roxann Rankin<br>Clerk of Court<br>325 Dr. Martin Luther King Jr Way<br>Gastonia, NC 28052 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 8730 3310 2335 86 | 3. Service Type<br>☑ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☑ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☑ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>RA 018 067 453 US | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

WITHOUT RECOURSE
pay to order of,
BRANDY CHENELL BROWN
By: /s/ Brandy Chenell Brown

Brandy Chenell Brown

BK 7236 PG 0789    21 CR050845
                   20 C4053543
                   22 CR001112
                   23 CR706203

FILED
UNION COUNTY, NC
CRYSTAL D. GILLIARD
REGISTER OF DEEDS

| FILED | Sep 19, 2018 |
|---|---|
| AT | 11:46 am |
| BOOK | 07236 |
| START PAGE | 0789 |
| END PAGE | 0805 |
| INSTRUMENT # | 26472 |
| EXCISE TAX | (None) |

AH

UNION COUNTY-NORTH CAROLINA
I hereby certify the foregoing to be a true, correct, and complete copy of the original as recorded in Book 7236 Page(s) 789 thru 805, in this office, this the 19 day of September, 2019.
Crystal D. Gilliard By [signature]
Register of Deeds    Asst/Deputy
(seal)



**FOR OFFICIAL USE:**
Brandy-Chenell: Brown-El
C/o Temporary Mail Location
Deidra Rutledge, Notary Public
7836 Ivy Hollow Drive
Charlotte, North Carolina [28227]
The United States of America, the Republic

18-CVD-643

## NOTICE OF CONSTITUTIONAL CHALLENGE AND MOTION TO INTERVENE WITH AN INJUNCTION
### *Notice of Stipulation and Estoppel*

**NOTICE TO AGENTS IS NOTICE TO PRINCIPALS in their private capacity**
**NOTICE TO PRINCIPALS IS NOTICE TO AGENTS in their private capacity**
**Applicable to all Successors and Assigns**
***SILENCE IS ACQUIESCENCE***

Prepared by and When Filed Send Copy To:
From: Declarant herein:

Brandy-Chenell: Brown-El
C/o Temporary Mail Location
Deidra Rutledge, Notary Public
7836 Ivy Hollow Drive
Charlotte, North Carolina [28227]

To:  Respondents herein:

Alan Cloninger and the Office of the Gaston County Sheriff's Office,
North Carolina state
Gaston County Sheriff's Office
425 Dr. Martin Luther King Jr. Way
Gastonia, NC 28052
CERTIFIED MAIL RECIEPT NO:
7015 0920 0001 0317 9319

Court of North Carolina, state Supreme Court of North Carolina
2 East Morgan Street- In Chambers
Raleigh, North Carolina 27601
7015 0920 0001 0317 9302

David T. McCoy and the Office of State Comptroller
North Carolina state, Office of State Controller
3512 Bush Street
Raleigh, NC 27609
CERTIFIED MAIL TRACKING RECIEPT NO:
7015 0920 0001 0317 9142

Josh Stein and the Office of Attorney General
for North Carolina state
9001 Mail Service Center
Raleigh, NC 27699-9001
CERTIFIED MAIL TRACKING RECIEPT NO:
7018 0680 0000 5425 8387

Lawrence Brown and the Office of Clerk
IN THE GENERAL COURT OF JUSTICE
COUNTY OF GASTON DISTRICT COURT
DIVISION NORTH CAROLINA
325 Dr. Martin Luther King Jr. Way, Suite 1004
Gastonia, NC 28052
REGISTERED MAIL RECIEPT NO
7015 0920 0001 0317 9159

Jeff Sessions and the Office of Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
CERTIFIED MAIL TRACKING RECIEPT NO
7015 0920 0001 0317 9166

Amanda M. Cubit
North Carolina Bar. No. 44327
SODOMA LAW UNION
105 South Main Street
Monroe, North Carolina 28112
CERTIFIED MAIL TRACKING RECIEPT NO:
7015 0920 0001 0317 9296



YHWH

*March 16, 1868 North Carolina Constitution ARTICLE I. DECLARATION OF RIGHTS. SECTION 19. In all controversies at law respecting property, the ancient mode of trial by jury is one of the best securities of the rights of the people, and ought to remain sacred and inviable. SECTION 2. And the military should be kept under strict subordination to, and governed by, the civil power. SECTION 17. No person ought to be taken, imprisoned or disseized of his freehold, liberties or privileges, or outlawed, or exiled, or in any manner deprived of his life, liberty, or property, but by the law of the land; Notice of Special Restricted Appearance:* Brandy-Chenell: Brown-El, Beneficial Owner 1st Lien Holder of BROWN, BRANDY CHENELL©® Estate dba ™ BRANDY BROWN

# CERTIFICATE OF SERVICE

I, Brandy-Chenell: Brown-El, living man for BROWN, BRANDY CHENELL Estate dba ™ BRANDY BROWN ©® ens legis, corp sole is to certify that I have this day served the Attorney General for North Carolina with this Notice of estoppel and stipulation of Constitutional Challenges to ALL NORTH CAROLINA STATE STATUTES etc.: by CERTIFIED MAIL and/or HAND DELIVERY thereon to ensure delivery;

Dated this __18__ day of __September__, 2018.

To: Josh Stein and the Office of Attorney General
for North Carolina state
9001 Mail Service Center
Raleigh, NC 27699-9001
CERTIFIED MAIL TRACKING RECIEPT NO:

Amanda M. Cubit
North Carolina Bar. No. 44327
SODOMA LAW UNION
105 South Main Street
Monroe, NC 28112
CERTIFIED MAIL TRACKING RECIEPT NO.

*[Seal: CRYSTAL D. GILLIARD REGISTER OF DEEDS UNION COUNTY, NC]*

__Brandy Chenell Brown El__
:Brandy Chenell Brown El©™, registered Owner
[Ex. Rel ] BROWN, BRANDY CHENELL corp sole
Dba BRANDY BROWN ©®™
C/o Temporary Mail Location
Deidra Rutledge, Notary Public
7836 Ivy Hollow Drive
Charlotte, North Carolina [28227]

Page 3 of 3

INJUNCTION NOTICE OF REMOVAL