IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTE DIVISION
3:24CV780-GCM

| | |
|---|---|
| STATE OF NORTH CAROLINA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| BRANDY CHENELL ASHBY, a/k/a ) | |
| BRANDY CHENELL BROWN ) | |
| ) | |

This matter is before the Court upon its own motion. On August 27, 2024, Brandy Chenell Ashby, a/k/a Brandy Chenell Brown, filed a pro se pleading titled "Writ of Removal. Special Bond to United States. No Denial For Want of Form." The pleading consists of several pages of gibberish, along with several attachments, including an "Affidavit of Immunity." As best the Court can determine, Plaintiff appears to seek removal of a traffic citation she received in Gaston County for adjudication in this Court. The Court clearly has no jurisdiction over this "action," and even if it did, the pleading would be dismissed as patently frivolous.

IT IS THEREFORE ORDERED that this action is hereby DISMISSED WITH PREJUDICE.

Signed: September 5, 2024

Graham C. Mullen
United States District Judge