# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| State of North Carolina, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:24-cv-00780-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Brandy Chenell Ashby a.k.a. Brandy Chenell Brown, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 6, 2024 Order.

September 6, 2024

*[signature]*

Katherine Hord Simon, Clerk
United States District Court