September 3, 2024

FILED
CHARLOTTE, NC

SEP -9 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

Greetings,

We recieved your letter dated August 28, 2024 in regards to case no 3:24-cv-00780-GCM. There were some errors needed to be fixed such as the removal case number. We have made the corrections on the document enclosed for your correction. We thank you in advance for your assistance.

In honor.

by: brom; brand-cheael
attorney in fact
without recourse