SPECIAL DEPOSIT



# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### WESTERN DISTRICT OF NORTH CAROLINA
401 W. Trade St.
Charlotte, NC 28202

Katherine Hord Simon
*Clerk*

Tammy H. Hightower
*Chief Deputy*

Telephone - (704) 350-7400
FAX - (704) 344-6703

August 28, 2024

In re:  **State of North Carolina v. Brandy Chenell Ashby**
Case No: **3:24-cv-00780-GCM**

Our office is in receipt of the above referenced civil action.

The matter has been assigned case number: **3:24-cv-00780-GCM** with Judge **Graham Mullen** presiding.

Enclosed you will find a courtesy copy of the docket sheet.

Please note: if you would like a stamped copy of any documents filed returned to you upon filing, you must include an extra copy when you mail your document. Copies are available at 50 cents per page, which must be paid for in advance.

Sincerely,

Katherine Hord Simon
Clerk of Court

Enclosure



BUSINESS REPLY
ACCEPTED AND CLAIMED
RETURN SERVICE REQUESTED

WITHOUT RECOURSE
pay to order of,
BRANDY CHENELL BROWN
By: /s/ Brandy Chenell Brown

———————
Brandy Chenell Brown

RECEIVED AND CLAIMED
SEP - 3 2024
BRANDY CHENELL ASHBY TRUST



SPECIAL DEPOSIT

RECEIVED AND CLAIMED
SEP - 3 2024
BRANDY CHENELL ASHBY TRUST

# U.S. District Court
## Western District of North Carolina (Charlotte)
### CIVIL DOCKET FOR CASE #: 3:24-cv-00780-GCM

*Please make corrections*

State of North Carolina v. Ashby
Assigned to: Senior Judge Graham Mullen
Case in other court: Gaston County District Court, 18-cvd-643
Cause: 28:1441cv Notice of Removal - Civil Rights

Date Filed: 08/27/2024
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**State of North Carolina**

24CR701381
23 CRS 1731
23 CRS 1732
23 CRS 1733

V.

**Defendant**

**Brandy Chenell Ashby**
*also known as*
Brandy Chenell Brown

represented by ~~Brandy Chenell Ashby~~ *without Recourse by Doln: brandy-chnl attorney in fact*
c/o 806 West Main St.
#172
Mount Holly, ~~NC~~ North Carolina
~~PRO SE~~ *Pro Per*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2024 | 1 | Pro Se NOTICE OF REMOVAL with Jury Demand from Gaston County District Court, case number ~~18-cvd-643~~. (Filing fee $ 405 receipt number 11256), filed by Brandy Chenell Ashby. (Attachments: # 1 Exhibit, # 2 Cover Sheet)(add) (Entered: 08/28/2024) |
| 08/27/2024 | | **Standing Order Regarding Use of Artificial Intelligence (3:24-mc-104). Click on this link to retrieve the Standing Order** (add) (Entered: 08/28/2024) |
| 08/27/2024 | | **Standing Order of Instructions Regarding Pro Se Litigants in Civil Actions. Click on this link to retrieve the Standing Order** (Pro se litigant served by US Mail.)(add) (Entered: 08/28/2024) |





BUSINESS REPLY
ACCEPTED AND CLAIMED
RETURN SERVICE REQUESTED

WITHOUT RECOURSE
pay to order of,
BRANDY CHENELL BROWN
By: /s/ Brandy Chenell Brown

Brandy Chenell Brown

RECEIVED AND CLAIMED
SEP - 3 2024
BRANDY CHENELL ASHBY TRUST



**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
ROOM 210, CHARLES R. JONAS BUILDING
401 WEST TRADE STREET
CHARLOTTE, NORTH CAROLINA 28202

OFFICIAL BUSINESS



CHARLOTTE NC 280
29 AUG 2024 PM 6 L
$000.69
08/28/2024 ZIP 28202
043M31249186

Brandy Chenell Ashby
806 West Main St.
#172
Mount Holly, NC

RECEIVED AND CLAIMED
SEP - 3 2024
BRANDY CHENELL ASHBY TRUST

28120-999955



QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC