

October 7, 2024

FILED
CHARLOTTE, NC
OCT - 9 2024
U S DISTRICT COURT
WESTERN DISTRICT OF NC

Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal

United States District Court

On August 27, 2024 writ of removal was put in for 24CE701381, 23CRS1731, 23CRS1732, 23CRS1733, and was assigned 3:24-CV-780-GCM. One September 3, 2024 We sent response to your Notice dated August 28, 2024 for Corrections had wrong case number on file for removal. Also on September 3, 2024 Gaston Co. Sp Court time stamped the recieval of the cases removed, (see enclosed). Since Then we have not heard back from courts. Its been over thirty days. We have not recieved the corrections or answer back from the court. This is Notice of Dishonor and Notice requesting default judgement. We have acted in good faith with clean hands, requesting honor.

By: Tnomi-brandy-chenell
Sui juris
without Recourse
All Rights Reserved