# CIVIL COVER SHEET

JS 44 (Rev. 03/24)

Hand-Delivered — Special Deposit

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States

**FILED CHARLOTTE, NC**
**AUG 27 2024**
**US DISTRICT COURT**
**WESTERN DISTRICT OF NC**

**DEFENDANTS**
The State of North Carolina, County of Gaston, Melanie F Gomes

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*: Registered Agent, 6200 Old Coral St, Charlotte, North Carolina 28277

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [X] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | [X] 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/Pharmaceutical Personal Injury Product Liability | | INTELLECTUAL PROPERTY RIGHTS | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / PERSONAL PROPERTY / 370 Other Fraud | LABOR | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | SOCIAL SECURITY | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights / Habeas Corpus: | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/Accommodations / 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | IMMIGRATION | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education / 550 Civil Rights / 555 Prison Condition / 560 Civil Detainee - Conditions of Confinement | 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Civil Right Act 1870, 1968 4th Admnent treaty rights, Treaty Peace n—

Brief description of cause:
Constitutional rights violation, involuntary Servitude debt peonage, False Claims Act Fraud

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)* JUDGE _____
DOCKET NUMBER: 24CR101381, 23CRS-1731, 23CRS 1721, 23CRS 1733

DATE: 8/27/24
SIGNATURE OF ATTORNEY OF RECORD: Without recourse by owner: Brad chill, Auth Rep

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# U.S. District Court
## Western District of North Carolina (Charlotte)
### CIVIL DOCKET FOR CASE #: 3:24-cv-00780-GCM

*Please make corrections*

State of North Carolina v. Ashby
Assigned to: Senior Judge Graham Mullen
Case in other court: Gaston County District Court, 18-cvd-643
Cause: 28:1441cv Notice of Removal - Civil Rights

Date Filed: 08/27/2024
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff** United States    24CR701381
~~State of North Carolina~~      23 CRS 1731
                                 23 CRS 1732
V.                               23 CRS 1733

**Defendant** State of North Carolina
~~Brandy Chenell Ashby~~  EIN 53-1390700
*also known as*
Brandy Chenell Brown

represented by ~~Brandy Chenell Ashby~~ by doah: brandy attorney in fact
c/o 806 West Main St.
#172
Mount Holly, NC  North Carolina
~~PRO SE~~  Pro Per

without reser

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2024 | 1 | Pro Se **per** NOTICE OF REMOVAL with Jury Demand from Gaston County District Court, case number ~~18-cvd-643~~. (Filing fee $ 405 receipt number 11256), filed by Brandy Chenell ~~Ashby~~ Brown. (Attachments: # 1 Exhibit, # 2 Cover Sheet)(add) (Entered: 08/28/2024) |
| 08/27/2024 | | Standing Order Regarding Use of Artificial Intelligence (3:24-mc-104). Click on this link to retrieve the Standing Order (add) (Entered: 08/28/2024) |
| 08/27/2024 | | Standing Order of Instructions Regarding Pro Se Litigants in Civil Actions. Click on this link to retrieve the Standing Order (Pro se litigant served by US Mail.)(add) (Entered: 08/28/2024) |




BUSINESS REPLY
ACCEPTED AND CLAIMED
RETURN SERVICE REQUESTED



3:24-CV-780-GCM

2024 SEP -3 A 11:25

24 CR701381
23 CRS 1731
23 CRS 1732
23 CRS 1733

Writ of Removal.
Special Bond to UNITED STATES, 12 USC 95(a)(2).
1789 JUDICIARY ACT §§ 11, 12, 13, 25, 30(Want of form), 32.
46 U.S.C.A. §§ 30903 and 311023 to 4
28 U.S.C 2710.
Diversity of Citizenship,
28 U.S.C. 1446,
28 U.S.C. 1441 (1), (a), (c), (d), (f).
28 USC 2410.
July, 2024- Anti Chevron Act.
Domestic Terrorism.
1870 Civil Rights Violations; Debt Peonage, Involuntary Servitude, Color of Law, Color Of Title, Clearfield Doctrine.
Counter Claim for Damages, 15 USC 1, 18 USC 875 (b), (c), 18 USC 894 et seq., 12 USC 504 (d), TWEA, 31 U.S.C.A. 3179,
Special Deposit, Special Bail 25 CFR § 115.902

FILED
CHARLOTTE, N
AUG 27 2024
US DISTRICT COUR
WESTERN DISTRICT OI

STATE OF NORTH CAROLINA
vs.
Brandy Chenell Ashby, a/k/a Brandy Chenell Brown.

## WRIT OF REMOVAL.
## SPECIAL BOND TO UNITED STATES.
## NO DENIAL FOR WANT OF FORM.

Brandy Chenell Ashby, a/k/a Brandy Chenell Brown- Title original to the land-Indian--a Protected Person- by my hand enter on the record this Writ of Removal from STATE VENUE- STATE OF NORTH CAROLINA, FEIN 53-1390760, COUNTY OF GASTON, FEIN'S:

331055985, 813159150, 566000300, 566001032, 581792056 : an inferior-foreign-venue to federal jurisdiction: US Federal Court,; 28 U.S.C. 1446, 28 U.S.C. 1441 (1),((a), (c), (d), (f), for the following reasons:

1. Alleged claimant STATE OF NORTH CAROLINA, TAX ID NUMBER: 53-1390760, COUNTY OF GASTON, FEIN'S: 331055985, 813159150, 566000300, 566001032, 581792056 - Nationality and Citizenship unknown. An unregistered foreign agent claiming to be a Creditor for the United States Government, by and thru its attorney _____. attorney did initiate false claims against Respondent, such actions pursuant to 20 July 1789 JUDICIARY ACT, section 20, places United States Supreme Court with exclusive and Original, and Territorial jurisdiction, pursuant to 1787 and 1856 Treaty of Peace and Friendship, article 6- This Constitution for the United States for America, all such laws and all treaties made there-of.

2. Respondent brandy chenell ashby, a/k/a brandy chenell brown, a Citizen and National of Morocco, a foreign National- a Protected Person under Treaty rights and titles with the
(Seal: ASHBY & ASHBY · Dhu'l-Qi'dah 1439 · יהוה · The Great Seal Of · est.)

USPS Registered Mail / Return Receipt form (PS Form 3806 and PS Form 3811).

**Sender:**
QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

USPS Tracking/Article Number: RA018067657US (1.) / RA018067643US (2.)

**Addressee:**
QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

K. Rankin
D/b/a clerk of court
825 Dr Martin Luther King Ave
Gastonia, North Carolina [28052]

Postmaster, Per (Name of receiving employee): LINDA

Stamp: ASHBY & ASHBY, The Great Seal of Idaho, JUL 11 '19

PS Form 3877, January 2017 (Page 1 of 2)

---

**Domestic Return Receipt (PS Form 3811, July 2020)**

1. Article Addressed to:
K. Rankin
D/b/a clerk of court
825 Dr Martin Luther King Ave
Gastonia, North Carolina [28052]

ACCEPTED AND CLAIMED
RETURN SERVICE REQUESTED
BUSINESS REPLY

2. Article Number: RA018067657US

Barcode: 9590 9402 7265 1284 2026 32

3. Service Type: Registered Mail™

A. Signature: X R__ — Agent / Addressee
B. Received by (Printed Name): R__
C. Date of Delivery: 8-30-24
D. Is delivery address different from item 1? ☐ Yes ☐ No

QUEEN OF HEIRS BUSINESS TRUST
806 W CENTRAL AVE, UNIT 1072
MOUNT HOLLY [NORTH CAROLINA]
REPUBLIC

K. Roxann Rankin
dBA Clerk of Court
325 Dr Martin Luther King Jr Way
gastonia, north carolina
near (28052)

greetings,

See writ of removal Time Stamp True Copy and return in enevelope make sure True Copy Thank You

