Notice TO Agent is Notice TO Principal
Notice to Principal Notice to Agent

SPECIAL DEPOSIT
RECEIVED AND CLAIMED
OCT 11 2024
BRANDY CHENELL ASHBY TRUST

CALF NUMBER 0313.92895R

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTE DIVISION
3:24CV780-GCM

FILED
CHARLOTTE, NC
OCT 17 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| STATE OF NORTH CAROLINA | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| BRANDY CHENELL ASHBY, a/k/a | ) |
| BRANDY CHENELL BROWN | ) |
| | ) |

This matter is before the Court upon its own motion. On August 27, 2024, Brandy Chenell Ashby, a/k/a Brandy Chenell Brown, filed a pro se pleading titled "Writ of Removal. Special Bond to United States. No Denial For Want of Form." The pleading consists of several pages of gibberish, along with several attachments, including an "Affidavit of Immunity." As best the Court can determine, Plaintiff appears to seek removal of a traffic citation she received in Gaston County for adjudication in this Court. The Court clearly has no jurisdiction over this "action," and even if it did, the pleading would be dismissed as patently frivolous.

IT IS THEREFORE ORDERED that this action is hereby DISMISSED WITH PREJUDICE.

Signed: September 5, 2024

Graham C. Mullen
United States District Judge

[Handwritten annotations:]
PRO PER
OPINION NOT VALID
Court assumed did give chance to plead CASE, NOT TRAFFIC CITATIONS, False AND Frivolous charges. Judge has showed bias and prejudice by assumption. CASE NOT TRAFFIC, proof of CONSPIRACY

23 CRS 1731
23 CRS 1732
23 CRS 1733

had Judge took time to research case, would see was not traffic, and do Not have documation FOR CASES

*Conditional Acceptance*

CALF NUMBER 0313.92895R

SPECIAL DEPOSIT

BUSINESS REPLY
ACCEPTED AND CLAIMED
RETURN SERVICE REQUESTED

RECEIVED AND CLAIMED
OCT 11 2024
BRANDY CHENELL ASHBY TRUST

# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| State of North Carolina, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:24-cv-00780-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Brandy Chenell Ashby a.k.a. Brandy Chenell Brown, | ) | |
| Defendant(s). | ) | |



DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 6, 2024 Order.

*Requested Trail by Jury not Judge - proof of conspiracy*

September 6, 2024

Katherine Hord Simon, Clerk
United States District Court

*OFFER Accepted under proof of claim please provide where you recieved your information from? prove 23CRS1731, 23CRS1732, 23CRS1733 Are in fact Traffic cases, Requested Jury Trail that you have right to deny me and over ride a Jury Trail*

Case 3:24-cv-00780-GCM    Document 3    Filed 09/06/24    Page 1 of 1

Case 3:24-cv-00780-GCM    Document 6    Filed 10/17/24    Page 2 of 2