QUEEN OF HEIRS BUSINESS TRUST
C/o 806 west central Avenue
Mount Holly, North Carolina 28120-3446-721
Non Domestic without U.S.

FILED
CHARLOTTE, NC
OCT 31 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

United States District Court
401 West Trade Street rm 210
Charlotte, NC 28202

October 25, 2024

Dear Clerk of the Court,

We hope this letter finds you well. We are writing to formally request the service of process by the United States Marshals Service in relation to our complaint filed with this court under registered mail number RA 018068065US sent October 24, 2024,
We forgot to include this request.

Thank You For Your Service.

Office of Queen Of Heirs Business Trust

